UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:03-cr-0157 (LJM/KPF) |
| | ) | |
| AMANDA DILL, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Amanda Dill's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 8 months in the custody of the Attorney General or his designee, to be served consecutive to the State sentence she is now serving, with no supervised release to follow her release from federal custody. It is recommended that Ms. Dill be designated to the federal correctional institution nearest to Indianapolis, Indiana. Because Ms. Dill was present before the U. S. Magistrate Judge on May 24, 2012 pursuant to a Writ of Habeas Corpus Ad Prosequendum, she will be returned to State custody for the remainder of the State sentence she is currently serving. She will serve the 8 months recommended sentence herein after service of her current State sentence.

SO ORDERED this   06/06/2012

_[signature: Larry J. McKinney]_
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Josh Minkler,
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Mike Donahoe,
Office of Indiana Federal Community Defender
One Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal